UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **05** CR **1 0 0 3 6** **MLW** |
| | ) |
| v. | ) CRIMINAL NO.: 05- |
| | ) |
| ALFRED A. MARTIGNETTI, | ) Counts 1: 18 U.S.C. §1703(a) |
| Defendant. | ) Destruction of Mail Matter |
| | ) by Postal Service Employee |

## INDICTMENT

**COUNT ONE**:  18 U.S.C. §1703(a) – Destruction of Mail Matter by Postal Service Employee

The Grand Jury charges that:

On or about September 14, 2004, at Cambridge, Massachusetts, in the District of

Massachusetts,

### ALFRED A. MARTIGNETTI,

the defendant herein, an employee of the United States Postal Service, did knowingly, willfully

and unlawfully destroy mail matter entrusted to him and which came into his possession intended

to be conveyed by mail, to wit: six hundred and seventy Cambridge News flyers, four hundred and

eighty-four Trader Joe's advertising flyers, twenty-five America Online promotional discs, and one

piece of mail matter addressed to a resident at Peabody Terrace in Cambridge, Massachusetts.

All in violation of Title 18, United States Code, §1703(a).

A TRUE BILL:

_Irene Burke_
FOREMAN OF THE GRAND JURY

_Paul R. Moore_
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; February 16, 2005, at _2:00 pm_ .

Returned into the District Court by the Grand Jurors and filed.

_Thomas F. Quinn_
DEPUTY CLERK
_2/16/05_

05 CR 10036 MLW

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.** II          **Investigating Agency** USPIS

**City**   Cambridge                    **Related Case Information:**

**County**   Middlesex                   Superseding Ind./ Inf. _____   Case No. _____
                                         Same Defendant _____   New Defendant  x
                                         Magistrate Judge Case Number _____
                                         Search Warrant Case Number _____
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ALFRED A. MARTIGNETTI          Juvenile   ☐ Yes   ☒ No

Alias Name   unknown

Address   11 Gorham Street, Wilmington, MA  01887

Birth date: 1963     SS#: 1125     Sex: M   Race: Caucasian     Nationality: USA

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Paul R. Moore          **Bar Number if applicable**   632312

**Interpreter:**   ☐ Yes   ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

          ☐ **Warrant Requested**          ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as of** _____ **in** _____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:**   February 16, 2005          **Signature of AUSA:** _____

05 CR 1003 6MLW

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**   **ALFRED A. MARTIGNETTI** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| **Set 1**  18 U.S.C. § 1703(a) | Destruction of Mail Matter by Postal Employee | 1 |
| **Set 2** | | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**District Court Case Number** **(To be filled in by deputy clerk):**

**Name of Defendant**    **ALFRED A. MARTIGNETTI**

**ADDITIONAL INFORMATION:**

js45 - destruction of mail matter by postal employee - Martignetti.wpd - 3/13/02