# LURIE & KRUPP, LLP

ONE MCKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

SARA A. LAROCHE
THOMAS E. LENT

TEL: (617) 367-1970
FAX: (617) 367-1971

E-MAIL: pkrupp@luriekrupp.com

March 10, 2005

Paul R. Moore
Assistant U.S. Attorney
U.S. Attorney's Office
J. Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210

    Re:    United States v. Martignetti,
            Criminal No. 05-10036-MLW

Dear Mr. Moore:

    Pursuant to Local Rule 116.1(C)(1), please be advised that Alfred Martignetti will not file a Waiver of Request for Disclosure under Local Rule 116.1(B). Accordingly, under the Local Rules, the government's automatic discovery is due by March 24, 2005.

    Thank you.

Very truly yours,

Peter B. Krupp

PBK:kag

cc:    Deputy Clerk Dianalynn Saccoccio (by CM/ECF filing)
       Alfred A. Martignetti