AO 458 (Rev. 10/95) Appearance

# United States District Court
## DISTRICT OF MASSACHUSETTS

U.S.
v.
Alfred A. Martignetti

FILED
In Open Court
USDC, Mass.
Date 3/9/2005
By _____ 2:35 pm
Deputy Clerk

**APPEARANCE**

CASE NUMBER: 05-CR-10036-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Alfred Martignetti

I certify that I am admitted to practice in this court.

_3/9/05_
Date

Signature

Peter B. Krupp        548112
Print Name            Bar Number

Lurie & Krupp, LLP
One McKinley Square
Address

Boston        MA        02109
City          State     Zip Code

617-367-1970    617-367-1971
Phone Number    Fax Number

This form was electronically produced by Elite Federal Forms, Inc.