UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10036-MLW |
| ) | |
| ALFRED A. MARTIGNETTI, ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION FOR EXCLUDABLE TIME**

    The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Paul R. Moore, and the defendant, ALFRED A. MARTIGNETTI, by and through his counsel, Peter Krupp, Esq., jointly move pursuant to United States Code §3161(h)(8)(A) that the period from April 13, 2005, the date after which an Initial Status Conference was held in this matter, up to and including May 13, 2005, the date on which a Final Status Conference is scheduled to be held, be excluded from computation under the Speedy Trial Act of the time within this case must be tried.  As reasons therefore, the parties represent that this brief continuance is necessary so that the parties can continue to examine the evidence in this matter and explore possible resolution of the matter without going to trial. Therefore, it is in the interests of justice that the current motion be allowed.

    WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from April 13, 2005, through May 13, 2005.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:    /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney


        ALFRED A. MARTIGNETTI
        Defendant

By:    /s/ Peter Krupp
        Peter Krupp, Esq.
        Counsel for ALFRED A. MARTIGNETTI

DATE: April 12, 2005