# LURIE & KRUPP, LLP

ONE MCKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

TEL: (617) 367-1970
FAX: (617) 367-1971

SARA A. LAROCHE
THOMAS E. LENT

E-MAIL: pkrupp@luriekrupp.com

May 4, 2005

<u>By Hand</u>

Paul R. Moore
Assistant U.S. Attorney
U.S. Attorney's Office
J. Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210

    Re:    <u>United States v. Alfred A. Martignetti</u>,
              Criminal No. 05-10036-MLW

Dear Mr. Moore:

Pursuant to Local Rule 116.3(A), Alfred Martignetti ("Mr. Martignetti") requests the following discovery:

1. A copy of Mr. Martignetti's personnel file with the U.S. Postal Service.

2. A roster or other employment records showing which employees worked at or out of the Cambridge, Massachusetts Office of the U.S. Postal Service ("the Cambridge Office") on September 14, 2004.

3. A list of all people who possessed a key to one or both of the two U.S. Postal Service relay boxes located in Cambridge on Banks Street near the Peabody Terrace apartments.

4. A list of the location of all scan points on Mr. Martignetti's postal delivery route.

5. The records of Mr. Martignetti's "clock hits" (the times Mr. Martignetti punched in and out of work) for the three months prior to and including September 14, 2004.

6. The records of all scans by Mr. Martignetti on his postal delivery route for the three months prior to and including September 14, 2004.

**LURIE & KRUPP, LLP**

Paul R. Moore
Assistant U.S. Attorney
May 4, 2005
Page 2

7. The records relating to the allegations, investigations and findings of any postal employee stealing mail from the Cambridge Office.

8. The records relating to allegations, investigations and findings of a postal employee dumping mail on Mr. Martignetti's postal delivery route on a day or days when Mr. Martignetti was not working the route.

9. The personnel file and disciplinary history records for Chris King and John Scully, each of whom was an employee or former employee of the U.S. Postal Service based out of the Cambridge Office.

10. The personnel file and disciplinary history records for Deanna Dean, including records relating to allegations, investigations and findings of false clock hits.

Please let me know your position on providing this discovery. Thank you.

Very truly yours,

Peter B. Krupp

PBK:kag

cc: Clerk's Office (by CM/ECF filing)
    Alfred A. Martignetti