UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>ALFRED A. MARTIGNETTI,  )<br>          Defendant.     )<br>) | CRIMINAL NO.:05-10036-MLW<br><br>Count 1: 18 U.S.C. § 1701<br>Obstruction of Mails |

SUPERSEDING INFORMATION

**COUNT ONE**: 18 U.S.C. §1701 – Obstruction of Mails

The United States Attorney charges that:

On or about September 14, 2004, in Cambridge, Massachusetts, in the District of Massachusetts,

**ALFRED A. MARTIGNETTI,**

the defendant herein, an employee of the United States Postal Service, did knowingly and wilfully obstruct and retard the passage of the mails, to wit: six hundred and seventy Cambridge News flyers, four hundred and eighty-four Trader Joe's advertising flyers, twenty-five America Online promotional discs, and one piece of mail matter addressed to a resident at Peabody Terrace in Cambridge, Massachusetts.

All in violation of Title 18, United States Code, §1701.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

By: /s/ Paul R. Moore

Paul R. Moore
Assistant United States Attorney

Date: June 16, 2005

&JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                                              **U.S. District Court - District of Massachusetts**

**Place of Offense:**                  Category No. __II__                 Investigating Agency __USPIS__

City __Cambridge__                     **Related Case Information:**

County __Middlesex__                   Superseding Ind./ Inf.  __x - Info.__        Case No.   __05-10036-MLW__
                                       Same Defendant __x__              New Defendant _____
                                       Magistrate Judge Case Number      _____
                                       Search Warrant Case Number        _____
                                       R 20/R 40 from District of        _____

**Defendant Information:**

Defendant Name  __ALFRED A. MARTIGNETTI__            Juvenile   ☐ Yes   ☒ No

Alias Name  __unknown__

Address  __11 Gorham Street, Wilmington, MA  01887__

Birth date: __1963__    SS#: __1125__    Sex: __M__    Race: __Caucasian__    Nationality: __USA__

**Defense Counsel if known:**   __Peter Krupp, Esq.__        Address: __Lurie & Krupp, LLP; One McKinley__
                                                                      __Boston, MA 02109__
**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA   __Paul R. Moore__                     Bar Number if applicable   __632312__

Interpreter:    ☐ Yes   ☒ No       List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes   ☒ No

       ☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date:  _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody  _____    ☐ Serving Sentence      ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by __J. Bowler__ on __3/9/2005__

**Charging Document:**      ☐ Complaint       ☒ Information       ☐ Indictment

**Total # of Counts:**      ☐ Petty _____     ☒ Misdemeanor _____     ☐ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  June 16, 2005           Signature of AUSA:  _/s/ PRM_

≈JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**   ALFRED A. MARTIGNETTI

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1**  18 U.S.C. § 1701 | Obstruction of Mail(s) by Postal Employee | 1 |
| **Set 2** | | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**District Court Case Number**  (To be filled in by deputy clerk):_____

**Name of Defendant**    ALFRED A. MARTIGNETTI

**ADDITIONAL INFORMATION:**    _____

_____

_____

_____

_____

js45 - destruction of mail matter by postal employee - Martignetti.wpd - 3/13/02